```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
 2                 SOUTHERN DIVISION
                   AT PIKEVILLE
 3
    UNITED STATES OF AMERICA,
 4                           No. 07-CR-35-GFVT
         PLAINTIFF,
 5                           Pikeville, Kentucky
                             June 19, 2008
 6                           10:37 a.m.
    VS.
 7
    RANDALL CLINTON THOMPSON,
 8  JOHN MAC COMBS,
    PHILLIP G. CHAMPION,
 9  RONNIE ADAMS,

10       DEFENDANTS.

11         PARTIAL TRANSCRIPT OF JURY TRIAL
              TESTIMONY OF RANDALL GAYHEART
12
                * * * * * * * * * *
13
    APPEARANCES:
14

15  For the Plaintiff:
                        Hon. Kenneth Taylor
16                      110 West Vine Street
                        Suite 400
17                      Lexington, Kentucky  40507-1671
                        (859) 233-2661
18
    For the Defendant
19  Randall Clinton Thompson:
                        Hon. R. Kent Westberry
20                      Hon. Kristin N. Logan
                        Landrum & Shouse, LLP
21                      220 West Main Street
                        Suite 1900
22                      Louisville, Kentucky  40202-1395
                        (502) 589-7616
23
                        Hon. Terry D. Jacobs
24                      P. O. Box 991
                        Hindman, Kentucky  41822
25                      (606) 785-9876
```

```
 1

 2

 3    APPEARANCES (Cont.)

 4    For the Defendant
      John Mac Combs:        Hon. Lawrence R. Webster
 5                           163 Main Street
                             Suite 2
 6                           Pikeville, Kentucky  41502
                             (606) 437-4029
 7
      For the Defendant
 8    Phillip G. Champion:
                             Hon. Thomas L. Jensen
 9                           Jensen, Cessna, Benge & Webster
                             303 South Main Street
10                           London, Kentucky  40741
                             (606) 878-8845
11
      For the Defendant
12    Ronnie Adams:
                             Hon. Jason E. Williams
13                           111 West 5th Street
                             London, Kentucky  40743-3199
14                           (606) 877-5291

15

16

17

18

19

20

21

22

23    Court Reporter:        Sandy C. Wilder, RMR, CSR (IL)
                             8081 Perryville Road
24                           Danville, Kentucky  40423-9713
                             (859) 516-4114
25                           wildercaptions@kywimax.com
```

1

2                              INDEX

3

4  Direct Examination of RANDALL GAYHEART
        By:  Mr. Taylor                        4-24
5
   Cross-examination
6      By:  Mr. Westberry                      24-32

7  Cross-examination
        By:  Mr. Jensen                        33-44
8
   Cross-examination
9      By:  Mr. Williams                       44-45

10 Redirect Examination
        By:  Mr. Taylor                        45-53
11
   Reporter's Certificate                        54
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              [IN OPEN COURT]

2              THE COURT:  The United States is

3    recognized to call its next witness, please.

4              MR. TAYLOR:  We call Randy Gayheart.

5              THE COURT:  Mr. Randy Gayheart.

6              [WITNESS SWORN]

7                DIRECT EXAMINATION

8       BY:  MR. TAYLOR:

9       Q.     Sir, would you state your name,

10   please.

11       A.     Randall Gayheart.

12       Q.     Spell your last name.

13       A.     G-A-Y-H-E-A-R-T.

14       Q.     Mr. Gayheart, where do you live?

15       A.     Hindman.

16       Q.     That's Knott County?

17       A.     Right.

18       Q.     And how long have you lived there?

19       A.     All my life.

20       Q.     And how long is that?

21       A.     Fifty-three (53) years.

22       Q.     Fifty-three (53).  And are you --

23   do you work there?

24       A.     Yes.

25       Q.     Where do you work?

1       A.     I work for Knott County Fiscal

2  Court.

3       Q.     And what do you do for them?

4       A.     Mostly bridge building.

5       Q.     And how long have you done that?

6       A.     I've been with them about 12

7  years.

8       Q.     Now, do you recall the Summer and

9  Fall of 2006, during a period of time when

10  there was an election going on in the county?

11       A.     Yes.

12       Q.     And what was that election for, as

13  you recall; what was the main race?

14       A.     I guess you're talking about the

15  judge's race.

16       Q.     Yeah.  Do you recall that time?

17       A.     Yes.

18       Q.     During that period of time, did

19  you build a number of bridges on private

20  property?

21       A.     I built several bridges.

22       Q.     Were any of those on private

23  peoples' property?

24       A.     I guess so, yeah, some of them were

25  done on homes.

1     Q.    And who directed you to do that?

2     A.    It's hard to remember back, but I'm

3 sure I talked to -- well, I know I talked to the

4 judge about doing it, and Phillip Champion,

5 Randy Thompson.

6     Q.    Who else?

7     A.    Phillip Champion.

8     Q.    And who else?

9     A.    Phillip Champion.

10    Q.    Anyone else?

11    A.    No, that's all.

12    Q.    What was Phillip Champion's position

13 at that time?

14    A.    He was just under the judge.  I'm

15 not for sure what his position was.

16    Q.    Well, was he in any way that you

17 know of in the road department?

18    A.    I think he was kindly over

19 everything.

20    Q.    Was he -- would he come down to the

21 road department?

22    A.    Yes, he's been there.

23    Q.    During -- I'm talking 2006 -- during

24 that campaign, was he coming on a daily basis to

25 the road department?

1       A.     Oh, I don't have no idea.  I can't

2    remember.

3       Q.     Would you show up at the garage in

4    the morning and then get directions to go do

5    your daily work?  How did that work?

6       A.     Yes, uh-huh (affirmatively).

7       Q.     And who would give you your

8    directions?

9       A.     I believe it would be Dean Bentley

10    at that time.

11       Q.     Did Dean Bentley tell you to build

12    these bridges?

13       A.     No.

14       Q.     Who told you to build the bridges?

15       A.     I think Phillip's the one that give

16    me the go-ahead on it.

17       Q.     All right.  Who decided where to

18    build bridges?

19       A.     I'd say Phillip or the judge, one.

20       Q.     Did you ever personally talk to the

21    homeowners about building their bridge?

22       A.     I've talked to them about, you know,

23    just about building bridges.

24       Q.     Did you ever work these deals on

25    your own with the homeowner?

1      A.     I built -- no, not -- no, I can't go

2    ahead and just do it on my own.

3      Q.     Now, during 2006, did you build all

4    these bridges on county time or did you work on

5    your own time?

6      A.     I worked on my own time.

7      Q.     Did you do both, some on your own

8    time and some on county time?

9      A.     Yeah.

10      Q.     Why were you doing them on your own

11    time in the evenings?

12      A.     Well, I was needing to make the

13    money, and the bridges were needing to be built.

14      Q.     Was there any rush to get a whole

15    lot done in a short period of time?

16      A.     Well, I, you know, just like I

17    needed to make the money, and I wanted to get

18    every one I could, and they were in bad shape.

19    As far as a-rushing, I don't know if there was a

20    big rush about it.

21      Q.     All right.  Did you have any

22    conversations with Phillip or the judge or

23    anyone about the need to get them done quickly?

24      A.     No, I don't think so.

25      Q.     How many bridges, during the Summer

1     and Fall of 2006, would you estimate you built?

2          A.     I believe I built around 20.

3          Q.     I'm going to show you some pictures

4     of some bridges and ask you if you recall

5     building these bridges.  And I'll identify the

6     exhibits as 13A, 13B, 14A, 14B, 15A, 15B, 15C,

7     16A and 16B.  Just take a moment, flip through

8     those, and see if you recognize them.  Do you

9     recognize those?

10         A.     Yes, yes I do.

11         Q.     Did you build those bridges?

12         A.     Yes.

13         Q.     Do those appear to be accurate

14    photographs of those bridges?

15         A.     Yes.

16            MR. TAYLOR:  Move the introduction of

17    those identified exhibits.

18            THE COURT:  Is there objection?

19            MR. WESTBERRY:  No objection.

20            THE COURT:  Without objection, those

21    will be entered as Government exhibits.  You may

22    publish them, if you choose, Mr. Taylor.

23         Q.     I'll put 13A up on the -- sir, can

24    you tell us where this bridge is located?

25         A.     I believe it's in Lower Mill Creek.

```
1         Q.      Lower Mill Creek.  And do you know
2    whose residence that is?
3         A.      I have to put two pictures
4    together to figure it out.  I believe that's
5    for Daisy Cornett.
6         Q.      Daisy Cornett, 1760 Lower Mill Creek
7    road, correct?
8         A.      Just Daisy Cornett's all I know,
9    Mill Creek.
10        Q.      And how many houses does that bridge
11   go to?
12        A.      I believe one.
13        Q.      One.  And did you build that on your
14   own time?
15        A.      Yes.
16        Q.      Were you paid for that by the
17   county?
18        A.      Yes.
19        Q.      How much were you paid to build that
20   bridge?
21        A.      I don't know, probably about 3,000.
22        Q.      And this was during -- what time --
23   when was this bridge built?
24        A.      I'm going to say around October.
25        Q.      Of 2006?
```

```
 1          A.      Yeah.

 2          Q.      Now, let's go to -- let's look at

 3     13B.  I think it's another picture of the same

 4     bridge.  Is that the same bridge?

 5          A.      Yes, it is.

 6          Q.      And that's the single house that it

 7     goes to there?

 8          A.      Right.

 9          Q.      And let's go to 14A.  Do you

10     recognize that bridge?

11          A.      If it goes with the other pictures,

12     I believe it's Jeff Messer.

13          Q.      Okay.  And what road is that on, if

14     you know?

15          A.      That's Lower Mill Creek.

16          Q.      That's a neighbor to the other one?

17          A.      Yeah, just up the road a little.

18          Q.      All right.  And how many houses does

19     that one go to?

20          A.      I think it goes to one.

21          Q.      Did you build that in 2006?

22          A.      Yes, I did.

23          Q.      Do you recall approximately when?

24              THE WITNESS:  Pardon?

25          Q.      Approximately when?
```

1    A.    Roughly August -- I -- or

2    September.  I have no ...

3    Q.    Was it before you built Daisy's?

4    A.    I think so.  I'm not for sure, but I

5    think so.

6    Q.    And were you paid by the county to

7    build that?

8    A.    Yes, I was.

9    Q.    And do you recall how much you were

10    paid?

11    A.    I'd say roughly 3,000.

12    Q.    And so you were working as a

13    contractor, not as an hourly employee?

14    A.    Right.

15    Q.    Let's look at 14B.  I think it's

16    another picture of the same bridge.  Is that the

17    bridge?

18    A.    Yes.

19    Q.    Is that the single residence it goes

20    to?

21    A.    Yes.

22    Q.    Let's go to 15A.  And you can look

23    at 15A, B and C, if you need to look at all

24    three to determine where that is.

25    A.    I believe I figured it out.

1       Q.     Okay.  Do you know that bridge?

2       A.     I believe it's at the mouth of Clear

3 Creek.

4       Q.     Do you know who owns it?

5       A.     I'm not for sure.  It could be a

6 Napier, but I'm not for sure on that.

7       Q.     If my records indicate Clifton

8 Napier, you wouldn't dispute that?

9       A.     No.  I just don't know his first

10 name.

11      Q.     Do you know the highway number there

12 by any chance?

13      A.     721, 729.  I'm not for sure.

14      Q.     If my records show 721, you wouldn't

15 dispute that?

16      A.     No.

17      Q.     How many residents does that go to?

18      A.     I don't know if that's one or two.

19 I know there a home over there, and then I know

20 there was a small home out from it.  I don't

21 know if anybody lived in it or not.

22      Q.     Okay.  Let's look at 15B.  Is that

23 another angle of the same bridge?

24      A.     Yes, it is.

25      Q.     And is that the residence it goes

1   to?

2       A.      Right.

3       Q.      Where is the other one you think

4   there might be one?

5       A.      It's to the left at the back of the

6   vehicle there, you know.  I don't ...

7       Q.      Now, let's look at 15C.  Do you know

8   when you built that?

9       A.      It was sometime in that time

10  period.  I really don't know.

11      Q.      Sometime in the fall or summer of --

12      A.      Right, yeah, late summer, fall.

13      Q.      How long does it take you to build

14  one of these?

15      A.      Well, they're never the same, you

16  know.  Most of the times you average three to

17  five afternoons, long afternoons.

18      Q.      By the way, who paid for the

19  materials to build that bridge?

20      A.      The county pays for it.

21      Q.      So when you say you made $3,000, was

22  that over and above what you -- the materials,

23  or did you just pick the materials up from the

24  county?

25      A.      No, they -- I didn't pick it up.

1    They just -- we had it delivered.

2         Q.     Okay.  So you weren't out -- of that

3    $3,000, you weren't out any for materials?

4         A.     No.

5         Q.     Did the county provide the materials

6    and bring them to that spot?

7         A.     I guess the steel company just

8    dropped them off to the spot.

9         Q.     Do you know if that was done by

10   purchase order, or how was that purchased?

11        A.     Yes, uh-huh (affirmatively).

12        Q.     Purchase order?

13        A.     Yes.

14        Q.     All right.  And do you know how much

15   you were paid for building this bridge?

16        A.     Most of them average around $3,000.

17        Q.     Can you give me an estimate on what

18   the materials would cost for these different

19   bridges?  Would it be -- could you give me a

20   range for each of these bridges?

21        A.     I'm going to -- roughly a couple

22   thousand, $1,500.  I'm not sure.

23        Q.     So each bridge is somewhere $4,500,

24   $5,000 total --

25        A.     I'd say so.

1    Q.    -- if the resident paid for it

2    themselves?

3    A.    Right.

4    Q.    Let's look at 16 -- well, let's look

5    at 15C.  Is that 15C right there?  Have we seen

6    three photographs of that?  Yeah, we have.

7    Let's go to 16A.  Do you recognize that bridge?

8    A.    Yes.

9    Q.    And what bridge is that?

10   A.    I believe that's Patricia Slone.

11   Q.    Okay.  And where is that in the

12   county?

13   A.    That's in Lower Mill Creek.

14   Q.    All right.  Is this one of the ones

15   you built in the late 2006?

16   A.    Yes, it is.

17   Q.    And do you know, can you give me a

18   better estimate of when it was built?

19   A.    I have no idea, just August maybe

20   through October, I presume.  I don't know.

21   Q.    Did you build bridges after the

22   election?

23   A.    I built some for a gas company, not

24   for the county.

25   Q.    All right.  Did you quit building

1    bridges for the county as of election day?

2        A.    Well, I quit before because

3    afternoons, you know, the darkness caught me,

4    and I just didn't have time to do no more.

5        Q.    When do you think you built your

6    last one like that?

7        A.    I'm thinking it was around

8    Halloween.  I'm not for sure, but somewhere

9    around there.

10       Q.    Okay.  Let's look at 16B.  Is this

11   the residence served by that bridge?

12       A.    Yes, it is.

13       Q.    Is that the only residence served by

14   this bridge?

15       A.    There used to be a trailer there,

16   but I don't know if it's there now or not.  I

17   really don't know.

18       Q.    Well, you've already said that's

19   Patricia Slone?

20       A.    Right.

21       Q.    Were you paid by the county to do

22   this?

23       A.    Yes.

24       Q.    Do you know how much you were paid?

25       A.    Somewhere in the same $3,000 range.

1    Q.    And your estimate of building

2    materials would be the same for it?

3    A.    Yes, uh-huh (affirmatively).

4    Q.    Now, what was the purpose of all

5    this bridge building?  What was the motive for

6    it, if you know?

7    A.    Well, you know, just like I said, I

8    went and asked them to get -- so I could -- I

9    needed the work, and they needed them built and

10   --

11   Q.    For what?

12   A.    Well, a lot of them were falling

13   down, and I guess they needed -- you know, like

14   I've said, any time before election, I'd worked

15   for five judges, and any time before election,

16   your work automatically picks up.

17   Q.    What's the purpose of the work

18   picking up right before the election?

19   A.    Well, I guess, you know, they want

20   to do all they can to show people they're going

21   to help them, and I guess they want people to

22   vote for them.

23   Q.    Did you work alone or did you have

24   help?

25   A.    No, I had some boys helping me.

1    Q.    Excuse me?

2    A.    I had some boys helping.

3    Q.    Now, of the ones we showed you are

4    not all of the bridges you built, are they?

5    A.    No.

6    Q.    Can you give us an estimate of how

7    many you built?

8    A.    I think it's around 20.

9    Q.    Twenty (20)?  Did you -- were you

10   also aware of the blacktopping that was going on

11   during this period of time?

12   A.    Yes.

13   Q.    Did you get some blacktop?

14   A.    I sure did.

15   Q.    All right.  Let me show you

16   Government's Exhibit 12A, B, C, D, E and F

17   and -- yeah, and F.  Do you recognize those

18   photographs?

19   A.    Yes, I do.

20   Q.    And are they reasonable and accurate

21   depictions of the area around your house?

22   A.    Yes, sir.

23        MR. TAYLOR:  Move the introduction of

24   those exhibits.

25        THE COURT:  Is there objection?

```
 1            MR. WESTBERRY:  No objection.
 2            THE COURT:  Without objection, they
 3     may be entered as Government exhibits.  You may
 4     publish them.
 5            Q.    Okay.  What is in that photograph?
 6            A.    That's my driveway.
 7            Q.    Okay.  And is that the -- where it
 8     comes off the main road?
 9            A.    That's near my home.
10            Q.    Okay.  I think we're going to see
11     more, but is this the very beginning of the
12     blacktopping that we've been talking about?
13            A.    It starts there and goes off the
14     hill.
15            Q.    Okay.  Let's go to the next
16     photograph.  All right.  Is that -- is your home
17     in that picture?
18            A.    No, it's not.
19            Q.    Okay.  Let's go to the next one.  Is
20     this a continuation of the same blacktop?
21            A.    Yes, it is.
22            Q.    Whose home is that in that picture?
23            A.    Well, I see my neighbor down below
24     me, Lawrence Gayheart's -- yeah, I can see part
25     of his home in it.
```

```
 1          Q.      What's the name of that road there?
 2          A.      Gayheart Drive.
 3          Q.      Gayheart Drive.  Is that a family
 4   road?
 5          A.      At least three of us live there.
 6   We're all kin, yeah.
 7          Q.      You're all related?
 8          A.      First cousins.
 9          Q.      You're all first cousins?
10          A.      Yes.
11          Q.      Is this an old family plot?
12          A.      No.
13          Q.      Did you all buy separate lots?
14          A.      Yes.
15          Q.      You just -- did you buy them
16   together?
17          A.      I bought it and, which they didn't
18   have the money, and I was the one that got it
19   financed and bought it, and they paid me for
20   their part.
21          Q.      And they bought from you?
22          A.      Right.
23          Q.      Did you -- are they just renting
24   lots or did you --
25          A.      Oh, no, they bought their part.
```

1    Q.    You had it carved up and sold them

2    some land?

3    A.    Right, right.

4    Q.    Let's go to the next picture.  Is

5    that the same blacktop?

6    A.    Yes, it is.  That's coming off the

7    highway.

8    Q.    That's where it comes off the

9    highway?

10    A.    Yes.

11    Q.    How long is this drive?

12    A.    About 500 foot.  I'm not sure.

13    Q.    Let's go to the next one.  Do we

14    have another one?  Is that more of a far-away

15    view of the same blacktop?

16    A.    Yes.

17    Q.    And do we have one more?  And that's

18    the street sign?

19    A.    Yes, it is.

20    Q.    Let's go back one.  Now, who paid

21    for that blacktop?

22    A.    I'm assuming the county paid for it.

23    Q.    You didn't pay for it?

24    A.    No.

25    Q.    None of your neighbors paid for it?

 1      A.      No.

 2      Q.      How did you come about getting that?

 3      A.      I really don't know.  I knew they

 4  were blacktopping, and I asked my cousins to go

 5  ask for it, see if we could get it because we

 6  needed it, and I don't know if they went or

 7  not.  I just know we got blacktop.

 8      Q.      Was that gravel before the blacktop

 9  was put down?

10      A.      Yes.

11      Q.      Now, let's go back to the first one,

12  if we can.  Let's go to the second one, this

13  picture here.  Is it actually the end of the

14  road?

15      A.      Yeah.

16      Q.      Okay.  Did you build the road in

17  there yourself?

18      A.      Yeah.

19      Q.      When you purchased it, it was raw

20  land?

21              THE WITNESS:  Pardon?

22      Q.      When you purchased that, it was raw

23  land; it was unimproved?

24      A.      Yeah, there was no bridge or nothing

25  there when I purchased it.

1      Q.     Did you build a bridge on it?

2      A.     Yeah.

3      Q.     Did you build it -- did you pay for

4  it yourself?

5      A.     No.

6      Q.     Who paid for it?

7      A.     The county.

8      Q.     How long ago was that?

9      A.     Nine or ten year ago.

10     Q.     What is the name of your cousin who

11  asked for the bridge or that you told to go ask?

12       THE WITNESS:  For the bridge?

13     Q.     Yeah.  I mean, for the blacktop, I'm

14  sorry.

15     A.     Oh, I probably talked to both of

16  them, Lawrence Gayheart and Jerry Gayheart.

17     Q.     Lawrence and Jerry?

18     A.     Yes.

19       MR. TAYLOR:  That's all the questions I

20  have.

21       THE COURT:  Mr. Westberry.

22       MR. WESTBERRY:  Thank you, Your Honor.

23         CROSS-EXAMINATION

24  BY:  MR. WESTBERRY:

25     Q.     Good morning, Mr. Gayheart.

1      A.     Good morning.

2      Q.     I'm here for Randy Thompson, and

3 I've got just a few questions for you today.

4 Can you hear me okay?

5      A.     Yes, I can.

6      Q.     I'm here for Judge Randy Thompson.

7 I represent him, Mr. Gayheart. I don't believe

8 you and I have ever met before, have we?

9      A.     No, I've never seen you before.

10      Q.     I've got a few questions about

11 bridges. The questions from the Government had

12 to do with building bridges, and let me ask you

13 this. Isn't what you really were doing was

14 reflooring bridges that had already been there?

15      A.     Yeah, the bridges was always been

16 there, and we -- you know, the county's put wood

17 on them for years, so we just put concrete tops

18 on them.

19      Q.     That's a good point. Let me ask you

20 this. Is concrete better than wood in terms of

21 making a bridge last?

22      A.     Yeah, the wood just keeps rotting

23 and the, you know, concrete's forever, you know.

24      Q.     Right. Have they always put wood up

25 in the past when repairing those bridges?

1    A.    Well, you know, what they could

2    afford to do and everything.  They'd concrete a

3    few and just kept patching wood for, you know

4    ...

5    Q.    Sure.  Tell the jury, how long had

6    some of those bridges been there, if you know,

7    ballpark, just -- hadn't they been there a long

8    time?

9    A.    Oh, yeah, 10, 15, 20, maybe 30 year.

10   I really don't know for sure.

11   Q.    Did the county originally build

12   those as far as you know all those years ago?

13   A.    They built some of them, I know.  You

14   know, I don't know exactly what ones.

15   Q.    Now, did the county maintain them

16   through the years, those bridges?

17   A.    Yes.

18   Q.    Including previous administrations?

19   A.    Yes, uh-huh (affirmatively).

20   Q.    Mr. Gayheart, if, instead of letting

21   you do the work for the county, if the county

22   had hired that job out to some sort of a bridge

23   company --

24   A.    Right.

25   Q.    -- would it have cost the county a

1      lot more money?

2           A.      I think so.

3           Q.      Could you explain why you think

4      that?

5           A.      Well, it's just everything, you

6      know, everything is so high now, and it's hard

7      to find the help and, you know, it's just

8      quicker and everything else, you know.

9           Q.      Right.  You thought you did it more

10     economically for the county; would that be fair?

11          A.      I think I did them reasonable, very

12     reasonable.

13          Q.      Right.  You were shown some photos,

14     and I think you remembered some of the people

15     that lived on the houses there?

16          A.      Right.

17          Q.      Ms. Daisy Cornett, Ms. Cornett was

18     one lady that I wrote down.

19          A.      Right.

20          Q.      Do you know Ms. Cornett?

21          A.      Not personally, but I know the

22     family and know her.

23          Q.      Is she an elderly lady?

24          A.      Yes, she's very old.

25          Q.      How is her health?

1       A.     I don't even know if she can get

2    around or not.

3       Q.     You don't know if she can get

4    around or not?

5       A.     Right.

6       Q.     Was her bridge in pretty rough shape

7    when you fixed it?

8       A.     Yeah, yeah, they were all in rough

9    shape.

10      Q.     Yeah.  No question in your mind

11   that her bridge needed repairing?

12     A.     Yeah.

13     Q.     Jeff Messer.  Do you know Jeff

14   Messer?

15     A.     Yes, I do.

16     Q.     Yeah.  I've been told he's on

17   oxygen.  Do you know that?

18     A.     Yes, I do.

19     Q.     Can you tell the jury what you

20   know about that.

21     A.     I just know that he is on oxygen

22   and he's had some bad surgeries, you know.

23   That's about all I know.

24     Q.     Right.  Was his bridge in pretty

25   bad shape?

1    A.    Yes, it was.

2    Q.    Right.  Had his bridge been

3    maintained by the county as far as you know in

4    the years past?

5    A.    Yeah.

6    Q.    If these bridges get in really bad

7    shape, Mr. Gayheart, could it be a potential

8    danger if an automobile or like an EMS or a

9    car tried to get across that bridge?

10   A.    Well, some of them was dangerous

11   to even tear off.

12   Q.    Why is that, sir?

13   A.    Because the wood was rotting on

14   them.

15   Q.    The wood was rotting on these

16   bridges?

17   A.    Right.

18   Q.    Clifton Napier, I think Clifton

19   Napier was asked of you about a bridge just a

20   few moments ago?

21   A.    Yes, sir.

22   Q.    Do you know Clifton Napier?

23   A.    I think I know who they're talking

24   about.  I talked to the man there at this

25   bridge.

1    Q.    Right.  Had that bridge been
2    maintained in years past?
3    A.    Yes, I put wood on it before.
4    Q.    You put wood on it before.
5    Concrete's better than wood; is that ...
6    A.    Right.
7    Q.    Okay.  And Patricia Slone.  I
8    think Patricia Slone's home was mentioned as
9    having a bridge refloored as well, didn't it?
10   A.    Yes.
11   Q.    And do you know Ms. Slone?
12   A.    Yes, I do.
13   Q.    And had her bridge been maintained
14   in years past as well?
15   A.    Yes, I've worked on it.
16   Q.    Right.  And was her bridge in
17   pretty bad shape, too?
18   A.    Yes, it was.
19   Q.    I mean, was the idea of the rains
20   come in certain times of the year and gets up
21   high and it's tough on that old timber?  Is
22   the water tough on that old timber?  What
23   causes it?  Tell me, you're the --
24   A.    Well, the wood just rots.  You
25   can't buy good wood no more, and, you know, as

1    costly as it is, you're better off to go ahead

2    and concrete them so you won't have to fool

3    with them no more.

4         Q.     Right.  At any time -- you know

5    Randy Thompson, don't you, Mr. Gayheart?

6         A.     Yes, I do.

7         Q.     I don't think you've talked to him

8    a whole lot through the years, have you?

9         A.     Very little.

10        Q.     But at any time that you ever went

11   to his office or talked to anybody, did he

12   ever tell you that he wanted -- or the county

13   wanted a bridge fixed up for political

14   reasons?

15        A.     I've never talked to him about

16   politics.  Never have.

17        Q.     These bridges that the Government

18   asked you about, they've all needed fixing; is

19   that a fair statement?

20        A.     Yes, that's very fair.

21        Q.     How many homes are back up on your

22   residence?

23        A.     Three.

24        Q.     You had some blacktop spread; is

25   that right?

1      A.      Right.

2      Q.      Has the county worked on that

3   drive in previous administrations in years

4   past?

5      A.      Yeah, several times.

6      Q.      Sure.  Mr. Newsome, in his time,

7   Homer Sawyer, in those times?

8      A.      It was for Homer, under Donnie

9   Newsome's years.

10      Q.      Okay.  I know you don't know

11   Mr. Thompson, or you said a moment ago you

12   don't know him real, real well, but do you

13   think he's done a good job?

14          MR. TAYLOR:  Objection, Your Honor.

15          THE COURT:  I'm going to allow the

16   witness to answer that.

17      Q.      Do you think he's done a good job?

18      A.      I think he's tried to help the

19   people.  I really do.

20          MR. WESTBERRY:  Thank you for your

21   courtesy, sir.  I appreciate it.

22          THE COURT:  Mr. Webster.

23          MR. WEBSTER:  No questions.

24          THE COURT:  Thank you.  Mr. Jensen.

25          MR. JENSEN:  Yes, just a few, Judge.

1    Could I have just a second?

2              THE COURT:  You may.

3                   CROSS-EXAMINATION

4        BY:  MR. JENSEN:

5        Q.      Morning, Mr. Gayheart.

6        A.      Good morning.

7        Q.      I'm Tom Jensen.  I represent

8    Phillip Champion.  We've met before, hadn't

9    we?

10       A.      Yes, we have.

11       Q.      Yes.  Let me get back here to the

12   beginning of this.  You go by Randall, not

13   Randy, I take it?

14       A.      Right.

15       Q.      And, Randall, how many -- when you

16   say you worked 12 years, you actually worked

17   for county government years ago, didn't you?

18       A.      Yes, I have.

19       Q.      And how many county judges or

20   administrations have you worked under?

21       A.      I've worked under five different

22   judges.

23       Q.      Can you name them?

24       A.      Sid Williams, Foster Calhoun,

25   Homer Sawyer, Donnie Newsome, Randy Thompson.

1      Q.    Okay.  The first couple you

2  mentioned, they were back in the '70's when

3  you worked for them?

4      A.    Yeah, yes.

5      Q.    And were you always doing bridge

6  work?

7      A.    No, no.  In our job, you know, we

8  may go -- here lately, you know, and, well,

9  since under Newsome, we'd just build them when

10  it's really necessary and somebody that need

11  one done bad -- you know, we're building

12  pretty constant, but, you know, we'll do other

13  stuff, too.

14      Q.    That's not your exclusive job, is

15  it?

16      A.    No, you know, they can pull us --

17  we can go cut trees, you know.  There's a lot

18  of stuff we do.

19      Q.    But as far as experience, did your

20  father build bridges?

21      A.    Yes, my father worked and built

22  bridges.

23      Q.    Did you work for him?

24      A.    Yes, I have.

25      Q.    Back before you started working

1   for the county, I think?

2        A.      Yes, I have.

3        Q.      So all your life, you've done this

4   bridge work you're talking about?

5        A.      Yeah.  My father, concrete was his

6   way of life, and I growed up with it.

7        Q.      Now, these are not major bridges

8   like you do across the Ohio River or anything?

9        A.      No.

10       Q.      But over in your county, over in

11  Knott County, there's a lot of old creeks

12  running by some flatland, I guess?

13       A.      Right.

14       Q.      And a lot of people want to build

15  over in the flat areas, down the mountainsides

16  of Kentucky?

17       A.      Anywhere they can get a spot.

18       Q.      And to get over there, there's got

19  to be bridges?

20       A.      Right.

21       Q.      Now, these bridges you've talked

22  about, I believe you said, you've worked on in

23  the past, every one of those that were pointed

24  out here?

25       A.      I think I've worked on pretty much

1    most -- about every one of them.

2        Q.    And you worked on them under other

3    administrations?

4        A.    Yes.

5        Q.    And you worked on them because

6    they were wood, and the wood was rotting and

7    you were replacing the wood; is that what you

8    were doing?

9        A.    Right.

10       Q.    And then this time, under this

11   administration, what you've done is you've

12   gotten some steel and you've put concrete

13   cover?

14       A.    Right.

15       Q.    So they should last a lot longer?

16       A.    They should last, unless a big

17   flood comes and takes them out.

18       Q.    You don't know -- you're not aware

19   of concrete rotting?

20       A.    No.

21       Q.    And it can, over time, it can wear

22   away, and I understand that, and rusts, but it

23   will last longer than wood in your opinion,

24   won't it?

25       A.    I'd say they'll last until I'm

1     gone.

2          Q.     Okay.  So you might have put

3     yourself out of some work?

4          A.     I hope that's a long time.

5          Q.     So when the Prosecutor's asking

6     you about the cost of this, in the long run,

7     it's a lot cheaper for county government to

8     put concrete on it than to keep putting the

9     wood back on it and repairing it every few

10    years, isn't it?

11         A.     Well, they'll never have to fool

12    with them no more.

13         Q.     On the bridges that were up here,

14    and we can go back through the Exhibits 13,

15    14, I think the Jeff Messer, Daisy Cornett,

16    Clifton Napier's, Patricia Slone's, every one

17    of those you'd worked on before?

18         A.     Yeah.

19         Q.     Okay.  And was some of those done

20    under Donnie Newsome's Administration?

21         A.     Oh, yeah.

22         Q.     Were some of them worked on under

23    Homer Sawyer's Administration?

24         A.     Yes, they were.

25         Q.     So for at least 12 years, you're

1    aware of, the county has been maintaining

2    those bridges, fixing them up when they need

3    to be repaired?

4         A.    Oh, yeah, ever since I've been

5    working, yeah, we've been repairing them.

6         Q.    And do you know whether they were

7    there back in the '70's, even when you worked

8    in the other administration?  I know that's a

9    long time ago to remember.

10         A.    I can't remember.

11         Q.    I was even young in the '70's.

12         A.    You know, I know they were -- most

13    of them were there before I started working my

14    last time for the county, so --

15              MR. JENSEN:  Okay.

16         A.    -- the last 12 years.

17         Q.    Okay.  Now, when you -- you were

18    talking about getting authority to work on

19    these bridges, sometimes you would hear from

20    Phillip Champion --

21         A.    Yes.

22         Q.    -- is that right?  And did you say

23    sometimes you'd hear from the judge?

24         A.    It's hard for me to remember

25    back.  I've talked to the judge about them.

But far as if he told me to, I really can't
remember.

Q.    Okay.  Well, you're an employee of
the county government, too, right?

A.    Yes, I am.

Q.    And I realize you've got this
other job, other business on the side, right?

A.    Right.

Q.    Now, Phillip Champion's an
employee of the county, isn't he?

A.    Yes, he is.

Q.    Okay.  I mean, he's not an elected
official?

A.    No.

Q.    And does he come and tell you the
judge wants you to work on this, or how does
he tell you?  Or does he just say just do it?

A.    I guess just do it.

Q.    Okay.  Do you ever ask him -- have
you ever asked him, Do you want me to work on
this other bridge, or do you want me to do
this to some bridge that he's never told you
about?

A.    Why, sure, people come to us, me,
and ask me, can you help me get -- and then

1   I go to, you know, Phillip or the judge,

2   whoever, and say, you know, these people are

3   wanting help on their bridge.  I do that.

4       Q.      And when you go to Phillip, does

5   he say to you, Well, look, I can't -- I got to

6   ask the judge?

7       A.      Well, I guess he goes and checks

8   it out and they talk about it.

9       Q.      I mean, does he tell you right

10  then and there to go ahead and do it?

11      A.      No, no.

12      Q.      So he's getting approval from the

13  judge or the fiscal court?

14      A.      I guess so.  I don't know.

15      Q.      Now, you'd mentioned some of the

16  people that you knew on these bridges were

17  sick and elderly?

18      A.      Yes.

19      Q.      Ms. Cornett, do you have any idea

20  how old she is?

21      A.      I'd say she's around 90.  I'm not

22  for sure, late 80's.

23      Q.      And in poor health?

24      A.      I'm sure she is.

25      Q.      And you talked about Mr. Messer.

He's on oxygen?

A.      Yeah.

Q.      You know that, right?

A.      Yes, I know that.

Q.      Did Phillip Champion ever ask you to vote for Judge Thompson?

A.      No one's never asked me to vote for the judge.

Q.      Did Phillip Champion ever ask you to build a bridge to his house or anything for his benefit?

A.      No.

Q.      Now, this election that we've talked about, you've lived in Knott County for -- all your life?

A.      Yes, sir.

Q.      And your brother actually is a public official here, isn't he?

A.      He's the county clerk, yes.

Q.      And what's his name?

A.      Kenneth Gayheart.

Q.      Kenneth.  And he's county clerk?

A.      Yes, county clerk.

Q.      And he runs on the Democrat ticket?

1    A.    Right.

2    Q.    Okay.  He wasn't supporting Judge

3    Thompson, was he?

4    A.    No, he wasn't.  I mean, he got

5    nothing against him, but no, he didn't support

6    him.

7    Q.    Right.  He's supporting the other

8    Democrat candidates?

9    A.    Right.

10   Q.    And since you've been there and

11   the election's over and Judge Thompson won the

12   election, do you know who his opponent was in

13   that general election?

14   A.    Mike Hall.

15   Q.    Okay.  And do you know his

16   supporters and people that were really pushing

17   for Mike Hall?

18   A.    Most of them.

19   Q.    Were they upset that they lost the

20   election?

21   A.    I'm sure they were.

22   Q.    Have you told people they're the

23   ones that were running around here stirring

24   things up about this because they're mad over

25   the election?

1     A.    I've heard that.

2     MR. TAYLOR:  Objection.

3     THE COURT:  I'll allow the witness to

4  answer.

5     Q.    I'm sorry?

6     THE COURT:  If he knows.

7     A.    I said, I've heard that talk.

8     Q.    Okay.  You've actually told that

9  to people, haven't you?

10     A.    I don't know.

11     Q.    Didn't you have a conversation

12  with Detective Marcus Hopkins, this gentleman

13  right here?

14     A.    I might have.

15     Q.    Didn't you tell him that that

16  bunch, that Mike Hall bunch is the one that's

17  stirring this up and starting these rumors on

18  Judge Thompson?

19     A.    I heard that talk, and that's

20  probably true.

21     Q.    Now, on the work you were doing

22  for the bridge, did anybody ever say to you

23  from this administration, Well, let them know

24  that Judge Thompson did this or Phillip

25  Champion did this and he needs your vote?

1    A.    No, I never talked to no one about
2  that.

3    Q.    No one even asked you do that, did
4  they?

5    A.    No, they never.

6    Q.    But you did ask people to support
7  your brother?

8    A.    Everywhere I went I asked people
9  to vote for my brother.  I sure did.

10    MR. JENSEN:  That's all the questions
11  I have.

12    THE COURT:  Thank you, Mr. Jensen.
13  Mr. Williams.

14                CROSS-EXAMINATION

15    BY:  MR. WILLIAMS:

16    Q.    Mr. Gayheart, I have just a couple.
17  All I have is the leftovers.

18    A.    Whew.

19    Q.    That road that you indicated
20  was -- I think you testified you built it to
21  begin with; is that right?

22    THE WITNESS:  To my home?

23    Q.    To Gayheart Drive it's called?

24    A.    Yes.

25    Q.    And has that been graveled by the

1    county in the past?

2         A.      Several times, yeah.

3         Q.      How long has it been graveled?

4         A.      It has been graveled for roughly

5    nine years, eight or nine.  I'm not for sure.

6         Q.      And do you know whether or not

7    it's been adopted into the county road system?

8         A.      I thought it had been.  I'm not --

9    I don't know that for sure, but I thought it

10   had been.

11        Q.      When did you start thinking that?

12        A.      Ever since they've been working on

13   it.

14        Q.      Now, do you know whether the

15   school bus comes up your drive there or not?

16        A.      It comes to my neighbor's, or it

17   had.  School's out, so I don't know if it does

18   right now or not.

19        Q.      The school buses come up to your

20   neighbors on Gayheart Drive?

21        A.      Right, uh-huh (affirmatively).

22             MR. WILLIAMS:  Thank you, sir.

23             THE COURT:  Mr. Taylor on redirect.

24                   REDIRECT EXAMINATION

25        BY:  MR. TAYLOR:

1       Q.     Mr. Gayheart, you said you thought

2    Mr. Thompson had done a good job.  Does that

3    have something to do with the fact that you

4    got blacktop?

5       A.     No.  I think that you can go over

6    the county and see where the money's went.

7       Q.     Does that have something to do

8    with the fact that you got about $60,000 extra

9    pay for building these bridges in the

10    evenings?

11       A.     No, I earned every penny I make.

12       Q.     Is it fair to say that those who

13    got blacktop and got special favors like Judge

14    Thompson, don't they?

15       A.     I guess they do.  I don't know.

16       Q.     Yeah.  And you've said the

17    blacktopping or the bridge building stops,

18    gets real busy right before the election and

19    then stops with the election, doesn't it?

20       A.     Yes.

21       Q.     And when you say you had this job

22    on the side, I believe in answer to a question

23    from Mr. Jensen, that job you have on the side

24    for the county just lasted for a few months

25    before the election, right?

1    A.    Yeah, I was not asked to do
2    anymore.
3    Q.    Right.  And you're not working
4    night and day now building bridges for little
5    old ladies, are you?
6    A.    Just only if they want to pay me.
7    Q.    If they want to pay you?
8    A.    Absolutely.
9    Q.    And is it fair to say that a lot
10   of people around the county, besides Daisy and
11   the Slones and others that got free bridges
12   and have the needs for bridges?
13   A.    Oh, yeah, all the bridges were
14   bad.
15   Q.    And you didn't build one for
16   everybody, did you?
17   A.    No, I sure didn't.
18   Q.    And why is it that some get free
19   bridges and some have to pay for their own
20   bridges?
21   A.    I can't answer that.
22   Q.    Didn't you say -- tell Mr. Hopkins
23   it was politics?
24   A.    I could have.  I don't remember.
25   You know, I don't determine which ones got

1    built.

2        Q.    Right.  That's done by

3    Mr. Thompson and by Mr. Champion and others,

4    right?

5        A.    I'm sure it is, yes.

6        Q.    Do you know a Marika Cornett?

7              THE WITNESS:  Who?

8        Q.    Is it Marika?  Marika Cornett.

9        A.    Not right off, I don't.

10             MR. WILLIAMS:  Objection, Your Honor.

11             THE COURT:  Do you want to approach?

12             MR. WILLIAMS:  Yes, sir.

13             [CONFERENCE AT THE BENCH]

14             MR. WILLIAMS:  Your Honor, I didn't

15    hear anything about this on cross-examination,

16    just challenge it on redirect.

17             THE COURT:  Yeah.  I'm going to allow

18    some questioning on it.  You know, if I feel

19    like some recross is appropriate, this does

20    seem like we're heading in a little different

21    direction.

22             MR. TAYLOR:  I'm trying to close a

23    loop on a question I've already asked him.

24             MR. JENSEN:  Judge, I want to ask for

25    a recross, and we can --

1          THE COURT:  Well, on what subject?

2          MR. JENSEN:  On the subject of the

3     question about him doing this, his side job.

4     In fact, it was this gentleman who approached

5     the judge and said, I'd like to do some extra

6     work, can I work on some bridges in the

7     evening.

8          THE COURT:  I think there's been a

9     full opportunity to address that particular

10    issue, but let's see where this goes.

11         MR. JENSEN:  He's brought it back

12    up.  He asked the question.  The judge asked

13    him to start this private business, but he

14    didn't have this business before.

15         THE COURT:  Well, he certainly can

16    bring back up things that have already been

17    addressed and is a way of clarifying questions

18    on cross, but we'll see how this unfolds and

19    see if there's really, truly kind of new

20    areas.

21         [IN OPEN COURT]

22    Q.    Mr. Gayheart, back during the same

23    period we've been talking about, right before

24    the election, you were out building bridges in

25    the evenings, do you remember Marika Cornett

1    asking you to build a bridge and you telling

2    her she had to pay for it?

3         A.    I don't know who she is.  Where

4    does she live at?

5         Q.    Lower Mill Creek, where you built

6    a bunch of others.

7         A.    I just know about one bridge left

8    there that is wood.  All the rest of them were

9    done.

10        Q.    And you quoted -- do you remember

11   quoting her a price?

12        A.    I still don't know that name.  Has

13   she got another name?

14        Q.    Her politics wasn't right, isn't

15   that true?

16        A.    I don't even know her.

17            MR. WESTBERRY:  Objection, that's not

18   --

19            THE COURT:  I'll sustain the

20   objection.  I think you can move on.

21        A.    Winfred Cornett, as far as I know,

22   is the only bridge -- wooden bridge in the

23   Lower Mill Creek.  That's the only -- I don't

24   know.  I mean, if somebody come and asked me

25   to build one, I'm sure I give them a price for

1    it.

2         Q.    Well, why don't you have the --

3    just go have the county build it for them?

4         A.    Well, if I can get a job, somebody

5    pay me, I'll take it.  I mean, I don't even

6    know what you're talking about.

7         Q.    Can the county afford to build

8    every citizen a bridge?

9         A.    I have no idea.

10         Q.    Now, you've indicated in response

11   to some questions that by doing these in the

12   evening, you saved the county money.  Let me

13   ask you.  If you had built these bridges

14   between 8:00 and 4:00, while you're drawing a

15   salary, they wouldn't have to pay you any

16   extra money, would they?

17         A.    That's right.

18         Q.    Right.  The reason you were doing

19   it at night was to get it done before the

20   election, right?

21         A.    Well, I didn't work at night, the

22   afternoons.  Yeah, I was trying to get all the

23   work I could.

24         Q.    So this $60,000 that you were paid

25   was in addition to your salary?

1       A.     Right.

2       Q.     And that was right before the

3  election?

4       A.     Yes.

5        MR. TAYLOR:  That's all the questions

6  I have.

7        THE COURT:  Thank you, Mr. Taylor.

8  May this witness be finally excused?

9        MR. TAYLOR:  Yes, Your Honor.

10       MR. WESTBERRY:  Sure, yes, sir.

11       THE COURT:  All right.  Thank you,

12  Mr. Gayheart.  We appreciate it.

13       THE WITNESS:  I can go home?

14       THE COURT:  And you may be excused

15  from any further testimony in this case.  You

16  can step down now.

17       THE WITNESS:  So I can go home?

18       THE COURT:  You can go home.

19       THE WITNESS:  Thank you.

20       THE COURT:  Yes, sir.

21       MR. TAYLOR:  Leave those photographs.

22       THE WITNESS:  Yes, sir.

23       THE COURT:  Give those to the court

24  security officer, please.  He'll return those

25  to the courtroom deputy.

[END OF REQUESTED PROCEEDINGS]

1        The undersigned Court Reporter hereby

2   certifies that:  (1) The foregoing 53 pages

3   represent an accurate and complete transcription

4   of a portion of the record of the proceedings

5   before the United States District Court for the

6   Eastern District of Kentucky at Pikeville before

7   the Honorable Gregory F. Van Tatenhove,

8   presiding, in the matter of United States of

9   America vs. Randall Clinton Thompson, John Mac

10   Combs, Phillip G. Champion, and Ronnie Adams,

11   and (2), these pages constitute a copy of the

12   transcript of the proceeding.

13

14        _____

15                   SANDY C. WILDER, RMR, CSR(IL),

16                   COURT REPORTER

17

18

19

20

21

22

23

24

25