The Jury needs clarification:

In 2006 what, if any positions did the following hold:

Phillip _____

Ronnie _____

Mac _____

And what position do they currently hold, if any

Phillip _____

Ronnie _____

Mac _____

Foreman *Douglas L. Wilson* 6-25-08
Doug Wilson

Eastern District of Kentucky
FILED
JUN 26 2008
AT PIKEVILLE
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

ONCE YOU HAVE BEGUN YOUR DILIBERATIONS, THE COURT IS UNABLE TO SUPPLEMENT THE EVIDENCE PRESENTED AT TRIAL. CONSEQUENTLY, YOU SHOULD RELY ON YOUR MEMORY OF THE EVIDENCE PRESENTED TO ANSWER YOUR QUESTIONS, TO THE EXTENT THAT THEN WERE ADDRESSED.

GREGORY F. VAN TATENHOVE

6-25-2008