1     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF KENTUCKY
2       SOUTHERN DIVISION
        AT PIKEVILLE
3
UNITED STATES OF AMERICA,
4          No. 07-CR-35-GFVT
   PLAINTIFF,
5          Pikeville, Kentucky
          June 18, 2008
6          2:15 p.m.
VS.
7

RANDALL CLINTON THOMPSON,
8 JOHN MAC COMBS,
PHILLIP G. CHAMPION,
9 RONNIE ADAMS,

10   DEFENDANTS.

11    PARTIAL TRANSCRIPT OF JURY TRIAL
     TESTIMONY OF PAUL SLONE
12
      * * * * * * * * * *
13
APPEARANCES:
14

15 For the Plaintiff:
        Hon. Kenneth Taylor
16        110 West Vine Street
        Suite 400
17        Lexington, Kentucky  40507-1671
        (859) 233-2661
18
For the Defendant
19 Randall Clinton Thompson:
        Hon. R. Kent Westberry
20        Hon. Kristin N. Logan
        Landrum & Shouse, LLP
21        220 West Main Street
        Suite 1900
22        Louisville, Kentucky  40202-1395
        (502) 589-7616
23
        Hon. Terry D. Jacobs
24        P. O. Box 991
        Hindman, Kentucky  41822
25        (606) 785-9876

1

2

3   APPEARANCES (Cont.)

4   For the Defendant
    John Mac Combs:          Hon. Lawrence R. Webster
5                            163 Main Street
                             Suite 2
6                            Pikeville, Kentucky  41502
                             (606) 437-4029
7
    For the Defendant
8   Phillip G. Champion:
                             Hon. Thomas L. Jensen
9                            Jensen, Cessna, Benge & Webster
                             303 South Main Street
10                           London, Kentucky  40741
                             (606) 878-8845
11
    For the Defendant
12  Ronnie Adams:
                             Hon. Jason E. Williams
13                           111 West 5th Street
                             London, Kentucky  40743-3199
14                           (606) 877-5291

15

16

17

18

19

20

21

22

23  Court Reporter:          Sandy C. Wilder, RMR, CSR (IL)
                             8081 Perryville Road
24                           Danville, Kentucky  40423-9713
                             (859) 516-4114
25                           wildercaptions@kywimax.com

INDEX

Direct Examination of PAUL SLONE
    By:  Mr. Taylor                      4-18

Cross-examination
    By:  Mr. Westberry                  18-19

Cross-examination
    By:  Mr. Webster                    19-21

Cross-examination
    By:  Mr. Jensen                     21-25

Cross-examination
    By:  Mr. Williams                  25-28

Redirect Examination
    By:  Mr. Taylor                    28-29

Reporter's Certificate                  30

```
 1              THE COURT:  And the United States is

 2       recognized to call their next witness.

 3              MR. TAYLOR:  One moment.

 4              THE COURT:  Certainly.

 5              MR. TAYLOR:  Call Paul Slone.

 6              THE COURT:  Paul Slone.

 7       [WITNESS SWORN]

 8                  DIRECT EXAMINATION

 9       BY:  MR. TAYLOR:

10         Q.     Sir, would you state your name,

11       please.

12         A.     Paul Slone.

13         Q.     And how do you spell your last

14       name?

15         A.     S-L-O-N-E.

16              MR. TAYLOR:  Mr. Slone, I'm going to

17       ask for a favor.  Could you scoot over so I

18       can see you.  Thank you.

19              THE COURT:  Lean right into that

20       microphone, if you would, sir.  Thank you.

21              THE WITNESS:  All right.

22         Q.     Where do you live, sir?

23         A.     Knott County.

24         Q.     And where in Knott County?

25         A.     Leburn.
```

1      Q.    And how long have you lived in
2 Knott County?

3      A.    All my life.

4      Q.    And how old are you?

5      THE WITNESS:  Huh?

6      Q.    How old are you?

7      A.    Fifty-two (52).

8      Q.    And where do you work?

9      A.    Knott County Fiscal Court.

10      Q.    What do you do for them?

11      A.    I operate a grader.

12      Q.    And how long have you operated a
13 grader?

14      A.    Going on 17 years.

15      Q.    Seventeen (17) years?

16      A.    Yeah.

17      Q.    Now, back in the Summer and Fall
18 of 2006, were you aware of an election
19 campaign that was going on for county judge?

20      A.    Yes.

21      Q.    During that period of time, did
22 you become aware of a lot of extra blacktop
23 that was being put down?

24      A.    Well, yeah, there was a lot of
25 blacktop put down, yeah.

1     Q.    Well, was it an unusual amount of

2  blacktop?

3     A.    Well, they put blacktop down every

4  year, but, you know, I don't know.  I guess.

5  I don't know.

6     Q.    Do you think this is just another

7  year?

8     A.    Well, there was a lot of blacktop

9  put down.

10     Q.    Yeah.  We've heard testimony that

11  it was five times what was normally put down

12  in the year.  Do you agree with that?

13        MR. WESTBERRY:  Leading.

14     A.    I couldn't tell you that.  I don't

15  know really.

16        THE COURT:  Overruled.

17     Q.    You don't know?

18     A.    No, not -- no, not at that time.

19     Q.    I'll ask you again.  Did you think

20  it was an unusual amount of blacktop?

21     A.    Well, yes.  If it's a yes or no,

22  yeah.

23     Q.    And did you become aware of some

24  different companies being brought in to put it

25  down?

1          A.      There was more -- I think there
2     was more companies than there usually was,
3     yeah.
4          Q.      Well, who usually put the blacktop
5     down?
6          A.      Mountain Enterprise, I think.
7          Q.      All right.  Who came in and put
8     blacktop in?
9          A.      There was some other companies,
10    but now, I can't remember right now the names.
11         Q.      Did you do the grading work before
12    they put the blacktop down?
13         A.      I done most of it, yes.
14         Q.      Were you familiar then with where
15    the blacktop went?
16         A.      Well, yes, at that time, but, I
17    mean, I couldn't tell you where now, but, I
18    mean, at the time, you know, I graded the
19    roads.  I'd say I graded 90 percent of them
20    anyway.
21         Q.      Up to 90 percent of the roads?
22         A.      Probably that amount, yeah.
23         Q.      Who did the ten percent?
24         A.      I don't know.  There's -- Dean
25    Bentley might have graded some.  I don't know

1    if he did or not, and -- I don't know.

2    There's another grader -- let's see, no, I

3    don't -- Allen Amburgey, but I don't think he

4    graded none for the blacktop.

5         Q.    Do you know if there was any

6    blacktop put down without grading?

7              THE WITNESS:  Without what now?

8         Q.    Was there any blacktop that was

9    put down that wasn't graded before?

10        A.    There was a couple of times that

11   they -- that I understood they may have put

12   some down, that maybe it didn't need graded or

13   I didn't time to get to it, whatever.

14        Q.    Have you since that time, by

15   driving around the county, seen where the

16   blacktop was put down?

17        A.    Oh, yeah, I've seen where

18   blacktop's been put down, yeah.

19        Q.    Okay.  And did you grade for this

20   blacktop on any private property?

21        A.    Well, I graded every road that was

22   blacktopped pretty well, but as far as knowing

23   the private business, I don't know, you know,

24   I just done what they told me.

25        Q.    And you don't know the difference

1    between private and public?

2        A.      Well, they say if -- my

3    understanding is of the law that -- I've been

4    told -- that if there's a 911 number, that

5    it's not considered private, so -- I've heard

6    this after that I've talked to detectives, so

7    ...

8        Q.      Did you make any decisions where

9    to put blacktop?

10        A.      No, uh-uh.

11        Q.      Who made the decision about where

12    to blacktop?

13        A.      Dean Bentley or Phillip Champion

14    would tell me where to go.  They'd have it

15    marked where to -- where to grade to.

16        Q.      How would they mark it?

17        A.      Paint.  I think most of it's

18    orange paint, maybe some white, but, I mean,

19    I guess it don't no difference anyway.

20        Q.      Did you grade just where they

21    marked?

22        A.      I just graded to where they marked

23    at and ...

24        Q.      Did you ever grade beyond where

25    they marked at?

1    A.    No.

2    Q.    Was some of this on private

3    property?

4    A.    Well, it went to houses, I guess.

5    I don't know, you know, but what ...

6    Q.    Did some of it go to houses?

7    A.    Yes.

8    Q.    Do you have in your mind any

9    particular houses that you can recall?

10    A.    One in particular that I really

11    remember is over on Lotts Creek at -- I can't

12    think of the name of it.

13    Q.    What about Lotts Creek that makes

14    you recall it?

15    A.    Well, there's a -- it took me a

16    long time to grade it, I guess, in particular,

17    and it just stuck in my mind, I guess.

18    Q.    What made you believe it was

19    private?

20    A.    Well, it went through -- I think

21    maybe it might have been -- I don't know if

22    there's one house or two, to be honest with

23    you, but they also went to a garage, too.

24    Q.    Went to a garage?

25    A.    Yeah.

1     Q.      Do you know who paved that?

2     A.      I think it's -- now, I'm not sure

3  if it's Mountain Enterprise or not.  I think

4  it was, but I'm not sure.  I'm not positive

5  about it.

6     Q.      Do you think Mountain Enterprise

7  did that?

8     A.      I thought they did.

9     Q.      Mountain Enterprise came in and

10  did somebody's garage?

11     A.      Well, I think they was the one

12  that done it.  Like I said, I'm not sure.  I

13  know they did most of it, so I just took for

14  granted they were the ones that were going to

15  do it.

16     Q.      Your testimony is Mountain

17  Enterprise did most of the paving in the Fall

18  of 2006?

19     A.      They usually did before, so I just

20  took, you know, I figured they done most of

21  it.  Always down through the years they was

22  the one done most of the blacktopping.

23     Q.      Did you see the three companies

24  that came in in 2006?

25     A.      I've been to -- yeah, I've seen

       the different ones -- two or three different
       ones that was paving it, you know.  But like I
       said, I don't remember the names.  I just seen
       them.  I don't know as I've actually seen them
       laying the blacktop, but I seen their
       equipment and so forth.
            Q.    Are you familiar with Jerry and
       Jeffrey Morgan?
            A.    Yes.
            Q.    And I believe you've previously
       been asked about grading their property.  Did
       you grade their property?
            A.    Yes, I did.
            Q.    Do you know who blacktopped that?
            A.    No, I don't.  I don't know the one
       that blacktopped, or I don't remember anyway.
       I don't remember which one.
            Q.    Did anyone ride with you in your
       truck during this period of time?
            A.    Yes.
            Q.    Who rode with you in your truck?
            A.    Mac Combs.
            Q.    On how many occasions did he do
       that?
            A.    Just one day he rode with me.

     1          Q.      Do you recall approximately when
     2     that day was?
     3          A.      It was on a Saturday before the
     4     election.
     5          Q.      And was that related to the
     6     election?
     7          A.      Well, I don't know that.  They
     8     just told me to go haul gravel, and I did.
     9          Q.      Did you find that unusual that Mac
    10     Combs would ride with you right before the
    11     election?
    12          A.      Yes.
    13          Q.      Excuse me?
    14          A.      Yes.
    15          Q.      And what was unusual about that?
    16          A.      Well, they don't -- usually don't
    17     ride with you, you know, in the truck.
    18          Q.      What was his position in the
    19     county?
    20          A.      He's underneath the judge, I
    21     think, at that time, which I don't know
    22     exactly what that's ...
    23          Q.      He was a judge?
    24          A.      Well, I don't know for sure what
    25     his position was, to be honest with you --

1     Q.    Well, what authority, if you know,

2  did he have, or what position in the road

3  department did he have that would put him in a

4  truck right before the election?

5     A.    Well, I know he worked in the

6  office, but I really can't tell you what his

7  position was.

8     Q.    In what office?

9     A.    In the judge's office.

10     Q.    But did he work in the road

11  department?

12     A.    No, not down at the garage, no.

13     Q.    Okay.  Do you know why he was in

14  your truck?

15     A.    He told me that the judge sent him

16  over there to ride in the truck with me.

17     Q.    Do what?

18     A.    The judge sent him to ride in the

19  truck with him.

20     Q.    The judge sent him to ride with

21  the equipment?

22     A.    Yeah, in the truck.

23     Q.    For what purpose?

24     A.    Well, he's -- he told me where to

25  take the gravel.

         Q.      You were driving a gravel truck at
that time?

         A.      A gravel truck, yes.

         Q.      You weren't doing the grading work
then?

         A.      Not then, no.

         Q.      Were you dumping the gravel in
driveways?

         A.      Yes, I think so.

         Q.      You think so, private driveways?

         A.      Well, what I -- it was to, you
know, to houses.  I guess it's private drives.

         Q.      Did you know why you were doing
that?

         A.      I was just -- they told me to haul
it there and so that's what I done.

         Q.      You didn't know what it concerned?

         A.      Not as far as knowing, no.  I just
done what I was told.

         Q.      Do you recall testifying to the
grand jury?

         A.      Yes.

         Q.      Do you recall saying, Well, I
figured it concerned the election?

         A.      Yes, that's what I said.  That's

1    just my opinion, but, you know, that's --
2    that's what I thought.
3        Q.    Do you know who Mac Combs was
4    supporting in the election?
5        A.    Well, I figured Randy.  I didn't
6    know for sure, but I figured it was Randy.
7        Q.    Did he say and do things that gave
8    you that, that led you to that conclusion?
9        A.    Well, I just -- I just figured he
10   did it because he was working there, you know,
11   in the office, I guess.
12       Q.    Had he been an opponent?  Has he
13   been on the other side of the --
14       A.    Yes.
15       Q.    -- politics before?
16       A.    Yeah, he run that, whatever that
17   last election his self.
18       Q.    What was his -- what was he
19   running for in the primary that year?
20       A.    Judge.
21       Q.    And what party?
22       A.    Judge executive, I guess,
23   whatever.
24       Q.    Excuse me?
25       A.    He was running for the judge all I

1    know.

2    Q.    Was he in the same party in the

3    primary as Judge Thompson?

4    A.    Same -- no, he was a Democrat, I

5    think.  Okay.

6    Q.    Okay.  If he had won in the

7    primary, would he have been the opponent of

8    Randy Thompson in the fall?

9    A.    I guess that's the way it works.

10    I think so.

11    Q.    Yeah.  Who won the Democrat in the

12    spring?

13    A.    I don't even remember, to tell you

14    the truth who it was.

15    Q.    Who was Judge Thompson running

16    against in the fall?

17    A.    Mike Hall.

18    Q.    Mike Hall?

19    A.    I reckon that's right now.

20    Q.    But during the fall when he was

21    riding in your truck, who was he supporting?

22    A.    Well, I suspected he was

23    supporting Randy, well, you know.

24    Q.    Mr. Slone, are you -- do you feel

25    under a lot of pressure to keep your job and

1    stay in good graces with Judge Thompson as you

2    sit here testifying today?

3        A.    Well, that bothered me.  You know,

4    these are my friends.  I don't want to be

5    here, but I'd have to tell the truth

6    regardless, so ...

7            MR. TAYLOR:  One moment.  That's all

8    the questions I have.

9            THE COURT:  Thank you, Mr. Taylor.

10   Mr. Westberry.

11           MR. WESTBERRY:  Thank you, Judge.

12                    CROSS-EXAMINATION

13       BY:  MR. WESTBERRY:

14       Q.    Good afternoon, Mr. Slone.

15       A.    How are you?  Okay.

16       Q.    I have a just a couple of

17   questions.  I'm here for Randy Thompson and

18   wanted to ask you a couple of questions about

19   Judge Thompson.  Did Judge Thompson ever tell

20   you where to operate your grader or spread

21   gravel or anything like that?

22       A.    No, not himself, the boss or, you

23   know, would ...

24       Q.    He never did personally, though,

25   did he?

1      A.    Not that I remember, no.

2      Q.    All right.  Did he ever discuss --

3 did Randy Thompson ever discuss with you how

4 you were to vote or anything like that?

5      A.    No, he didn't.

6      Q.    Have you ever felt threatened by

7 Randy Thompson or anything like that?

8      A.    No.

9      Q.    Is he a pretty good fellow?

10     A.    He's a good feller as far as I

11 know, yeah.

12     MR. WESTBERRY:  Thank you.

13 Appreciate your courtesy.

14     THE COURT:  Mr. Webster.

15             CROSS-EXAMINATION

16 BY:  MR. WEBSTER:

17     Q.    Mac rode with you one day on a

18 Saturday?

19     A.    Yeah, yes, sir.

20     Q.    The roads was already marked when

21 you got there that day, true?

22     A.    Well, we were just spreading

23 gravel.  He just told me where to go to.

24     Q.    But the markings on the roads were

25 already there, the paint?

1      A.     No, the paint was on before the

2  blacktop.

3      Q.     There was no markings for gravel?

4      A.     No, uh-uh.

5      Q.     Now, was that on Lotts Creek that

6  he rode with you?

7      A.     Yes.

8      Q.     And that's the place where you

9  said the road went to one or two houses and

10  the garage?

11      A.     Well, that was the blacktop, but

12  the other -- the gravel went to two or three

13  different places.  I don't -- I couldn't tell

14  you where, but -- I know it's in Clear Fork

15  and Youngs Fork, I think.

16      Q.     You don't know if they were

17  private or not, do you?

18      A.     Well, they went off the main road,

19  you know, that's the only thing I can tell

20  you, so I don't know what exactly anymore

21  about what's considered a private drive, to

22  tell you the truth.

23      Q.     If a lot of the road crew and the

24  road foreman wouldn't have took off work, do

25  you think Mac or anybody else would have had

1    to have been riding around with you?

2         A.     Well, no, if they told me where to

3    took them, you know, I could have took them on

4    my own, you know, as far as that is.

5         Q.     I guess my point is, when the road

6    foreman and a bunch of others went out and

7    didn't work, they had to get whoever they

8    could to go out with you fellows; is that

9    right?

10        A.     Well, yeah, if we needed somebody

11   to go with us or just whoever worked there

12   could go, you know, some of the other workers

13   or whatever.

14             MR. WEBSTER:  Thank you.

15             THE WITNESS:  You're welcome.

16             THE COURT:  Mr. Jensen.

17             MR. JENSEN:  Just a few, Judge.

18                 CROSS-EXAMINATION

19   BY:  MR. JENSEN:

20        Q.     Good afternoon, Mr. Slone.

21        A.     How are you?

22        Q.     I'm Tom Jensen.  I represent

23   Phillip Champion.

24        A.     Okay.

25        Q.     And do you remember us meeting and

1    talking over at the garage one day?

2        A.    Yes.

3        Q.    Just a couple of questions I

4    wanted to ask you.

5        A.    Okay.

6        Q.    You had mentioned Phillip Champion

7    on occasion telling you what to do?

8        A.    Yes.

9        Q.    And sometimes it was Dean Bentley

10    --

11        A.    Dean Bentley, yes.

12        Q.    -- telling you what to do?

13        A.    Uh-huh (affirmatively).

14        Q.    And do you -- can you distinguish

15    who told you to do what, which jobs?

16        A.    Why, no, I couldn't remember that

17    if it depended on my life to tell you that,

18    I mean, seriously.

19        Q.    So on some of the things that

20    Mr. Taylor was asking you about, you don't

21    know who directed you to do that grading?

22        A.    I couldn't -- no, I couldn't

23    remember which one as far as that goes.

24        Q.    Now, on the grading, do you recall

25    -- well, let me back up here a minute.

1    A.    Okay.

2    Q.    You're not a very political

3  person, are you?

4    A.    No.

5    Q.    You didn't, in that county-wide

6  election of 2006 with all your county-wide

7  officials running, you didn't even vote, did

8  you?

9    A.    I didn't vote in the judge race,

10  no.

11    Q.    Okay.  All right.  So you don't

12  feel a whole lot of pressure about your job or

13  anything as far as what --

14    A.    No, not really because I've done

15  neither one of them wrong as far as I know, so

16  ...

17    Q.    Now, when you were out there

18  grading at the point in time, did you grade

19  anywhere that you hadn't graded in the past?

20    A.    No, I -- well, you know, down

21  through the years that I've worked there,

22  there've been new roads go in, you know, that

23  we've worked, but as far as any new ones, I

24  couldn't -- I don't know for sure.

25        MR. JENSEN:  Okay.

```
 1          A.      I can't remember if there was or
 2     not.
 3          Q.      How long you been working there?
 4          A.      Going on 17 years this year.
 5          Q.      All right.  So I assume that means
 6     that you were working there even when Homer
 7     Sawyer was judge?
 8          A.      Yes, uh-huh (affirmatively).
 9          Q.      And was there any judge before
10     that time or does that take -- does that cover
11     the last three judges, 16 years?
12          A.      I think that does, but --
13          MR. JENSEN:  okay.
14          A.      I believe I'm telling you right
15     anyway.
16          Q.      Did Phillip Champion ever come to
17     you and ask you to vote for Randy Thompson?
18          A.      No, he never, uh-uh.
19          Q.      Did he ever ask you to do a
20     personal favor for him in any way grading
21     anything that he owned?
22          A.      No.
23          MR. JENSEN:  Okay.  That's all I
24     have, Judge.
25          THE COURT:  Thank you, Mr. Jensen.
```

1  Mr. Williams.

2                    CROSS-EXAMINATION

3       BY:  MR. WILLIAMS:

4       Q.      Mr. Slone, how are you today?

5       A.      All right.  How are you?

6       Q.      I just have -- you'll be glad to

7  know I just have a few questions for you.

8       A.      Okay.

9       Q.      You mentioned some work that you

10  had done I think you said on the Lotts Creek?

11       A.      Yes.

12       Q.      And Mr. Webster asked you about

13  that, the couple of homes, I think you said

14  there was a garage of some kind?

15       A.      Yes.

16       Q.      Is that a bus turn-around in

17  there?

18       A.      Not that I know of, uh-uh, I don't

19  think so.

20       Q.      You also mentioned on one job that

21  you thought that Mountain Enterprises had done

22  the work.  Are you familiar with that outfit?

23       A.      Yes, uh-huh (affirmatively).

24       Q.      And I think Mr. Taylor asked you

25  if they had usually done some work for the

county?

A.    Uh-huh (affirmatively), down
through the years they done most of the
blacktopping.  Now, I think I'm telling you
right now.

Q.    And would that be true even today?

A.    I think so.

Q.    In other words --

A.    I think they done the most of it.

Q.    Mountain Enterprises has done work
for the county since the '06 election?

A.    Since Homer was there, I think.
As far as I can remember, they the ones that
done the blacktop.

Q.    Has Mountain Enterprises done the
work to your knowledge since the '06 election?

A.    Now, there's been some blacktop
done, but I don't know who done it.  I think
there's been some done.

Q.    Now, Mr. Taylor also asked you
whether you knew Jeff or Jeremy Morgan?

A.    Yeah.

Q.    And I think your testimony was
that you did know them?

A.    Yes, I'm pretty sure I know both

1    of them, yeah.

2         Q.      And I think he also asked you if

3    you had done some grading out there?

4         A.      Yes.

5         Q.      All right.  And in fact, you had,

6    before the Fall of '06, when the election was,

7    you had graded out there before that time,

8    hadn't you?

9         A.      I know I graded it once, and maybe

10   even more.  I couldn't tell you for sure, but

11   I'm sure I graded it once before that for the

12   blacktopping.

13        Q.      And I think if in your grand jury

14   testimony you said that Harold Dean Bentley

15   had sent you out there before?

16        A.      I think so, yeah.

17        Q.      And whenever you graded it, it's

18   fair to say that some graveling is being done

19   out there as well, isn't it?

20        A.      Usually -- sometimes I'll be gone

21   and I don't know if they gravel it or not, you

22   know, but usually they gravel it when you work

23   it -- when I worked it.

24        Q.      I'm sorry.  That's usually the

25   purpose of why you're grading, so gravel can

1    come in?

2        A.      Yes.

3        Q.      And I think your testimony is that

4    you were familiar with that area because you

5    had graded up towards that log house before?

6        A.      I'm pretty that sure I did, yeah.

7    As far as I remember, I graded it once before

8    anyway, at least.

9        Q.      And maybe more than once?

10       A.      Maybe more.  It could have been.

11           MR. WILLIAMS:  Thank you, sir.

12       A.      You're welcome.

13           THE COURT:  Mr. Taylor, on redirect.

14                REDIRECT EXAMINATION

15   BY:  MR. TAYLOR:

16       Q.      Sir, was Mac Combs riding with you

17   because somebody didn't show up for work on

18   that Saturday?

19       A.      Actually, I don't -- I think I was

20   the only one working that Saturday.

21       Q.      So he wasn't replacing anyone that

22   didn't show up, was he?

23       A.      Well, I don't know how to answer

24   that, I guess.

25       Q.      Do you know what a driveway is?

1    A.    Yes.

2    Q.    Did Mac Combs ask you to put

3    gravel on driveways?

4    A.    Yes.

5          MR. TAYLOR:  That's all the questions

6    I have.

7          THE COURT:  Thank you.  May Mr. Slone

8    be finally excused?  Mr. Slone, you may be

9    finally excused from further testimony in this

10   case.

11         THE WITNESS:  I can go home?

12         THE COURT:  You can go home, yes,

13   sir.

14         THE WITNESS:  All right.  Thank you.

15         [END OF REQUESTED PROCEEDINGS]

16

17

18

19

20

21

22

23

24

25

1          The undersigned Court Reporter hereby

2     certifies that:  (1), The foregoing 29 pages

3     represent an accurate and complete

4     transcription of a portion of the record of

5     the proceedings before the United States

6     District Court for the Eastern District of

7     Kentucky at Pikeville, before the Honorable

8     Gregory F. Van Tatenhove, presiding, in the

9     matter of United States of America vs. Randall

10    Clinton Thompson, John Mac Combs, Phillip G.

11    Champion, and Ronnie Adams, and (2), these

12    pages constitute an original of the transcript

13    of the proceeding.

14

15                    /s/ Sandy C. Wilder, CRR, RMR,

16                    COURT REPORTER

17

18

19

20

21

22

23

24

25